ABC PROCESS SERVICE INC.
Attorney:
STEPHEN EINSTEIN, ESQ.

## CIVIL COURT OF THE CITY OF NEW YORK
## COUNTY OF KINGS

CARVER FEDERAL SAVINGS BANK

(PLAINTIFF)

against

TIMOTHY WILLIAM

(DEFENDANT)

Index No  65923/08

Date Filed  05/29/2008
Office No SE1174788-001

STATE OF NEW YORK, COUNTY OF NEW YORK                    SS:

GENE J. GAGLIARDI        being duly sworn deposes and says:

I am over 18 years of age, not a party to this action and reside in the State of New York:

That on the   4   day of June   2008 at  4:33 PM , at

368 Grand Avenue, 1st Floor;Brooklyn NY 11238

I SERVED the  Summons & Verified Complaint     upon

Timothy William

the defendant herein named by delivering to and leaving a true copy of said

Summons & Verified Complaint

with a Person of suitable age and discretion: to wit

MR. WILLIAM, RELATIVE

Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex MALE    Color BROWN  Hair BLACK  app.age 35 YRS  app.ht 5'8"  app.wt 160 LBS

That on the   5   day of  June    2008  I deposited in the U.S. mails a true copy of the
SUMMONS & VERIFIED COMPLAINT
properly enclosed and sealed in a post-paid wrapper
addressed to the said defendant at the aforementioned
(A) (last known residence)
    368 Grand Avenue, 1st Floor;Brooklyn NY 11238

BY FIRST CLASS MAIL, MARKED PERSONAL AND CONFIDENTIAL, AND NOT
BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid; I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this  5

day of  June  2008

JAY BRODSKY
Notary Public, State of New York
No. 31-4682027
Qualified in New York County
Commission Expires Feb. 2, 2011

GENE J. GAGLIARDI
License No.:  0872214                :ar