

**RONALD MOSES**
BADGE NO. 10
**MARSHAL**
CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

Phone: (212) 349-4303
Fax: (212) 349-4309

January 11, 2021

WILLIAM, TIMOTHY
REDACTED
BROOKLYN NY 11212 8602

JUDGMENT CREDITOR

CARVER FEDERAL SAVINGS BANK

VS

WILLIAM, TIMOTHY

JUDGMENT DEBTOR

*[Handwritten margin notes: "Loss of wages/Job! Defamation! Invasion of privacy! Infliction of emotional distress!"]*

# NOTICE OF GARNISHMENT

Please take notice that a judgment has been entered against the above named judgment debtor. Pursuant to the **INCOME EXECUTION** delivered to me, you are required to make arrangements and have your first payment in my office within 20 days from the above date. Upon your default, a copy of this execution will be served upon any person (corporation, etc.) from whom you are receiving or will receive money and will result in additional costs to you.

*[Handwritten margin notes: "Bromberg 212-740-7788 212-267-3550"]*

| | |
|---|---:|
| JUDGMENT | $1,323.10 |
| STATUTORY MARSHAL FEES | $0.00 |
| POUNDAGE | $140.29 |
| EXPENSE | $6.68 |
| INTEREST | $1,476.18 |
| **TOTAL** | **$2,946.25** |

IN ADDITION, INTEREST FROM 01/11/21 will be calculated on a daily basis, if applicable pursuant to the attached execution. You will be notified of the final balance due when your payments approach completion.

ALL PAYMENTS SHOULD BE MARKED
WITH YOUR NAME AND THIS DOCKET NUMBER:

Q405623

and be made payable to:

**RONALD MOSES**
City Marshal - Badge No.10