COREY STARK, PLLC
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

|  |  |
|---|---|
| TELEPHONE: | (212) 324-3705 |
| FACSIMILE: | (646) 219-7389 |
| EMAIL: | COREY@CSTARKLAW.COM |

www.cstarklaw.com

March 10, 2023

**By ECF**

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:   *Timothy Williams v. Tromberg, Morris, & Poulin, PLLC* et al.
          Civil Action No: 22-cv-05866 (MKB) (JRC)

Dear Judge Brodie:

    I am a member of Corey Stark PLLC, attorneys for defendants ABC Process Serving Bureau, Inc. ("ABC"), and Jay Brodsky ("Brodsky).  I submit this letter jointly with Plaintiff's attorney, to propose the following briefing schedule for the motion to dismiss of ABC and Brodsky.

| | |
|---|---|
| ABC and Brodsky's motion to dismiss | March 31, 2023 |
| Plaintiff's opposition | April 28, 2023 |
| ABC and Brodsky's reply | May 12, 2023 |

                      Respectfully,

                      COREY STARK PLLC

                      /s/

                      Corey Stark

cc:    Ahmad Keshavarz, Esq. (*by ECF*)
        Arthur Sanders, Esq. (*by ECF*)
        Scott B. Fisher, Esq. (*by ECF*)