**JASPAN SCHLESINGER NARENDRAN**<sub>LLP</sub>
ATTORNEYS AT LAW

**SCOTT B. FISHER**
PARTNER
(516) 393-8248
sfisher@jaspanllp.com
REPLY TO GARDEN CITY OFFICE

September 14, 2023

**By ECF**
U.S. Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

      Re:    **Timothy Williams v. Tromberg, Morris & Poulin, PLLC, et al.**
              **Civil Action No.: 1:22-cv-05866-MKB-JRC**

Dear Magistrate Judge Cho:

      This firm represents defendant, Carver Federal Savings Bank ("Carver"), in the above-captioned action. I write, pursuant to Your Honor's Minute Entry, dated June 30, 2023, on behalf, and with the consent of, counsel for plaintiff, Timothy Williams ("Plaintiff"), and counsel for defendants Tromberg, Morris & Poulin, PLLC and Aksana Bondartseva (the "Tromberg Defendants"), to provide a joint update on the status of mediation.

      All counsel and clients (other than answering defendants, ABC Process Serving Bureau, Inc. d/b/a ABC Process Service and Jay Brodsky [collectively, the "Process Server Defendants"] and defaulting defendant Gene Gagliardi) participated in private mediation on August 24, 2023, which extended to September 11, 2023. As a result of the mediation, Plaintiff, Carver, and the Tromberg Defendants (the "Settling Parties") have been able to settle Plaintiff's claims and Carver's cross-claims against the Tromberg Defendants in this action.

      The settlement agreement has been approved and is in the process of being executed by the Settling Parties. Under the terms of the settlement agreement, Carver and the Tromberg Defendants have until October 13, 2023, to tender their respective shares of the settlement proceeds to Plaintiff's counsel. Upon clearance of the settlement proceeds, the Settling Parties will be filing a Stipulation of Dismissal of Plaintiff's claims against Carver and the Tromberg Defendants and Carver's cross-claims against the Tromberg Defendants. Under the settlement agreement, Plaintiff has reserved the right to pursue his claims against the Process Server Defendants in this action.

      In light of the pending settlement, it is respectfully requested that the current discovery deadline of September 29, 2023, be held in abeyance until such time as the Stipulation of Dismissal as to Carver and the Tromberg Defendants is filed with the Court.

SBF / #1728064v1 / 0086950 - 081961

300 Garden City Plaza, Garden City, NY 11530 | Tel: 516.746.8000 | Fax: 516.393.8282 | www.jaspanllp.com

The Right Decision



Counsel are available at the Court's convenience to discuss any issues or concerns the Court may have. Thank you for your consideration of this matter.

Respectfully submitted,

/s/Scott B. Fisher
SCOTT B. FISHER
*Counsel for Defendant*
*Carver Federal Savings Bank*

cc: All Counsel of Record (via ECF)

